Patricia F. LOCKER

v.

John A. LOCKER, Jr.

2130770

Court of Civil Appeals of Alabama.

02/13/2015

Affirmed

Jimmy PRESTWOOD and
Tammy Prestwood

v.

DISCOVER BANK

2130774

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

Robin Smith LAURENCE

v.

Charles A. LAURENCE

2130778

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed

Delvetta MASTIN

v.

Maurice WHERRY, Jr.

2130787

Court of Civil Appeals of Alabama.

03/13/2015

Affirmed

Roger W. WATTS, Jr.

v.

William C. GREER

2130788

Court of Civil Appeals of Alabama.

03/20/2015

Affirmed